UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Attorneys of Record for Defendants
Michelle E. Phillips, Esq. (MP 4252)
Ian H. Hlawati, Esq. (IH 9084)

---

JANE A. WILSON

      Plaintiff,

v.

MARYKNOLL FATHERS & BROTHERS; FR. JOHN
BARTH; FR. RICHARD FRIES; ADRIANE GLASS;
FR. JOHN McAULEY; FR. FRANCIS McGOURN;
FR. LEO SHEA; and FR. JOHN SIVALON,

      Defendants.

07 CV 7058 (KMK)

---

## RULE 7.1 DISCLOSURE STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, Defendants Maryknoll Fathers & Brothers (incorrectly named in this action as "Maryknoll Fathers & Brothers" and correctly named "Catholic Foreign Mission Society of America, Inc."); Fr. John Barth; Fr. Richard Fries, Adriane Glass (incorrectly named in this action as "Adriane Glass" and correctly named "Adriane Monaro Glass"); Fr. John McAuley; Fr. Francis McGourn; Fr. Leo Shea; and Fr. John Sivalon (hereinafter "Maryknoll" or "Defendants"), by and through their undersigned counsel, state that: (1) Defendant, Catholic Foreign Mission Society of America, Inc., is a nongovernmental non-publicly traded corporate party who has no parent

corporation; and (2) there are no publicly held corporations that own Defendant Catholic Foreign Mission Society of America, Inc.'s stock.

        Respectfully submitted,

        JACKSON LEWIS LLP

        */s/ Michelle Phillips*
        Michelle E. Phillips, Esq. (MP 4252)
        Ian H. Hlawati, Esq. (IH 9084)
        One North Broadway, Suite 1500
        White Plains, New York 10601
        (914) 328-0404

        ATTORNEYS FOR DEFENDANTS

Dated: October 4, 2007
       White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Attorneys of Record for Defendants
Michelle E. Phillips, Esq. (MP 4252)
Ian H. Hlawati, Esq. (IH 9084)

---

JANE A. WILSON

      Plaintiff,

v.                   07 CV 7058 (KMK)

MARYKNOLL FATHERS & BROTHERS; FR. JOHN
BARTH; FR. RICHARD FRIES; ADRIANE GLASS;
FR. JOHN McAULEY; FR. FRANCIS McGOURN;
FR. LEO SHEA; and FR. JOHN SIVALON,

      Defendants.

---

## CERTIFICATE OF SERVICE

A copy of the foregoing Rule 7.1 Disclosure Statement was served via Federal Express, overnight delivery, this 4th day of October, 2007, on Plaintiff Jane Wilson's attorney of record at the address listed below:

> Walker G. Harman, Jr., Esq.
> 1350 Broadway, Suite 1510
> New York, NY 10018

*Michael Frankel* (signature)
Michael A. Frankel