UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

*me A Wilson*,

                Plaintiff(s),                    07 Civ. 7058 (KMK) (MDF)

-against-

                                                  ORDER OF REFERENCE
                                                  TO A MAGISTRATE JUDGE

*Maryknoll Fathers & Brothers et al.*, Defendant(s).

----------------------------------------------------------X

The above entitled action is referred to the Honorable *Mark L. Fox*, United States Magistrate Judge for the following purpose(s):

   ✓   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

   \_\_\_\_   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

   \_\_\_\_   Specific Non-Dispositive Motion/Dispute:*

   \_\_\_\_   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

               Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

   \_\_\_\_   Habeas Corpus

   \_\_\_\_   Social Security

   \_\_\_\_   Settlement*

   \_\_\_\_   Inquest After Default/Damages Hearing

   \_\_\_\_   Dispositive Motion (i.e., motion requiring a Report and Recommendation

               Particular Motion:_____

               All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: December 7, 2007

SO ORDERED

Hon. Kenneth M. Karas
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____