UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE A. WILSON :
:
                Plaintiff, :
:
v. : 07 CV 7058 (KMK)
:
MARYKNOLL FATHERS & BROTHERS; FR. JOHN :
BARTH; FR. RICHARD FRIES; ADRIANE GLASS; :
FR. JOHN McAULEY; FR. FRANCIS McGOURN; :
FR. LEO SHEA; and FR. JOHN SIVALON, :
:
                Defendants. :
:

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Jane A. Wilson and Defendants Maryknoll Fathers & Brothers (incorrectly named in this action as "Maryknoll Fathers & Brothers" and correctly named "Catholic Foreign Mission Society of America, Inc."); Fr. John Barth; Fr. Richard Fries, Adriane Glass; Fr. John McAuley; Fr. Francis McGourn; Fr. Leo Shea; and Fr. John Sivalon ("Defendants"), through their undersigned counsel, who are authorized by their respective clients to execute this Stipulation, that Plaintiff's claim under 29 U.S.C. § 1166 of the Consolidated Omnibus Budget Reconciliation Act of 1985 is dismissed, with prejudice to Plaintiff, and with no award of attorneys' fees, costs and/or disbursements to any side.

                                            Walker G. Harman, Jr., Esq.
                                            1350 Broadway, Suite 1510
                                            New York, New York 10018

Dated: December 7, 2007          By: _____
                                            Walker G. Harman, Jr., Esq.
                                            Attorney for Plaintiff

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York   10601
(914) 328-0404

Dated: December 7, 2007         By: _Michelle Phillips_
                                    Michelle E. Phillips, Esq.
                                    Ian H. Hlawati, Esq.
                                    Attorneys for Defendants

THE CLERK OF COURT IS RESPECTFULLY REQUESTED TO DOCKET DISMISSAL WITH PREJUDICE OF THE FOURTH CAUSE OF ACTION IN PLAINTIFF'S COMPLAINT AND TO RETAIN THE CASE AS OPEN FOR DISPOSITION OF REMAINING CAUSES OF ACTION.

SO ORDERED:

_M._____
U.S.D.J.

dated: 12/13/07

2