UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
**Attorneys of Record for Defendants**
Michelle E. Phillips, Esq. (MP 4252)
Ian H. Hlawati, Esq. (IH 9084)

------------------------------------------------------------X
                                                            :
JANE A. WILSON                                              :
                                                            :
                             Plaintiff,                     :
                                                            :
       v.                                                   :    07 CV 7058 (KMK)
                                                            :
MARYKNOLL FATHERS & BROTHERS; FR. JOHN                      :
BARTH; FR. RICHARD FRIES; ADRIANE GLASS;                    :
FR. JOHN McAULEY; FR. FRANCIS McGOURN;                      :
FR. LEO SHEA; and FR. JOHN SIVALON,                         :
                                                            :
                             Defendants.                    :
------------------------------------------------------------X

## DEFENDANTS' NOTICE OF APPEARANCE
## OF COUNSEL

TO CLERK OF THE COURT:

Please enter the appearance of Ian H. Hlawati, Esq. of the law firm of Jackson Lewis LLP on behalf of Defendants MARYKNOLL FATHERS & BROTHERS (incorrectly named in this action as "MARYKNOLL FATHERS & BROTHERS" and correctly named "CATHOLIC FOREIGN MISSION SOCIETY OF AMERICA, INC."); FR. JOHN BARTH; FR. RICHARD FRIES; ADRIANE GLASS (incorrectly named in this action as "ADRIANE GLASS" and correctly named "ADRIANE MONARO GLASS"); FR. JOHN McAULEY; FR. FRANCIS McGOURN; FR. LEO SHEA; and FR. JOHN SIVALON in this action.

Ian H. Hlawati (IH 9084)
Jackson Lewis LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
FAX: (914) 328-1882

Respectfully submitted,

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404

By: _____
Ian H. Hlawati (IH 9084)

Dated:  December 21, 2007
        White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
**Attorneys of Record for Defendants**
Michelle E. Phillips, Esq. (MP 4252)
Ian H. Hlawati, Esq. (IH 9084)

---------------------------------------------------------------X
:
JANE A. WILSON :
:
Plaintiff, :
:
v. : 07 CV 7058 (KMK)
:
MARYKNOLL FATHERS & BROTHERS; FR. JOHN :
BARTH; FR. RICHARD FRIES; ADRIANE GLASS; :
FR. JOHN McAULEY; FR. FRANCIS McGOURN; :
FR. LEO SHEA; and FR. JOHN SIVALON, :
:
Defendants. :
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appearance was served via First Class U.S. mail this 21st day of December, 2007 to counsel for Plaintiff at the address below:

Walker G. Harman, Jr., Esq.
1350 Broadway, Suite 1510
New York, New York 10018
*Attorney for Plaintiff*

_____
IAN H. HLAWATI