UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> JANE A. WILSON
>
> ✓
>
> MARYKNOLL FATHERS + BROTHERS
> ET AL

Order Declaring Case Eligible
or Ineligible for Mediation

07 civ. 7058 (KMK) (MDF)



To the Clerk of Court:

1. This case is determined to be:

   ___ A. Not eligible for mediation because the case is:
   ___    i. A social security case.
   ___    ii. A tax matter.
   ___    iii. A Pro Se case.
   ___    iv. A prisoners' civil rights case.

   ___ B. Not eligible for mediation as otherwise determined by the Court.
   ✓ C. Eligible for mediation subject to the limitations and restrictions noted below.

   If the case has been determined eligible for mediation:
   ✓    i. All issues are eligible.
   ___  ii. Only specific issue(s) is eligible (cite issue(s)).

   The entire mediation process is confidential. The parties and the Mediator may not disclose information regarding the process, including settlement terms, to the Court or to third persons unless all parties otherwise agree. The identity of the Mediator is not to be disclosed even to the Court. However, persons authorized by the Court to administer or evaluate the mediation program may have access to information necessary to so administer or evaluate the program and parties, counsel and Mediators may respond to confidential inquiries or surveys by said persons authorized by the Court to administer or evaluate the mediation program.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

(1 of 2)

SO ORDERED.

Date: *February 20, 2008*
White Plains, New York

_____
MARK D. FOX
UNITED STATES MAGISTRATE JUDGE