

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LONG ISLAND, NY | PORTLAND, OR |
| One North Broadway | BIRMINGHAM, AL | LOS ANGELES, CA | PROVIDENCE, RI |
| White Plains, New York 10601 | BOSTON, MA | MIAMI, FL | RALEIGH-DURHAM, NC |
| Tel 914 328-0404 | CHICAGO, IL | MINNEAPOLIS, MN | RICHMOND, VA |
| Fax 914 328-1882 | CLEVELAND, OH | MORRISTOWN, NJ | SACRAMENTO, CA |
| www.jacksonlewis.com | DALLAS, TX | NEW ORLEANS, LA | SAN FRANCISCO, CA |
| | DENVER, CO | NEW YORK, NY | SEATTLE, WA |
| | DETROIT, MI | ORANGE COUNTY, CA | STAMFORD, CT |
| | GREENVILLE, SC | ORLANDO, FL | WASHINGTON, DC REGION |
| | HARTFORD, CT | PHILADELPHIA, PA | WHITE PLAINS, NY |
| | HOUSTON, TX | PHOENIX, AZ | |
| | LAS VEGAS, NV | PITTSBURGH, PA | |

April 29, 2008

**VIA FACSIMILE (914) 390-4129)**

Hon. Mark D. Fox
United States Courthouse
300 Quarropas St., Room 434
White Plains, NY 10601

**MEMO ENDORSED**

      Re:    Wilson v. Maryknoll Fathers & Brothers, et al -
             Case No. 07-CV-7058

Dear Judge Fox:

      The parties in the above matter partook in court-ordered mediation on Thursday, April 24, 2008 and have reached a settlement. The parties have executed a Memorandum of Understanding and have agreed in principle on the terms of settlement. A Stipulation And Order Of Final Dismissal With Prejudice will be filed in short order.

      In light of the above, we respectfully request the Court to cancel the parties' status teleconference scheduled for tomorrow, Wednesday, April 30, 2008, at 8:45 A.M.

Very truly yours,

Michelle E. Phillips

MEP:IHH/rs

cc:    Walker G. Harman, Jr., Esq. (via facsimile)

4/30/08  So Ordered

MARK D. FOX
United States Magistrate Judge
Southern District of New York